IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA

06 APR 19 12:19

Kevin Jerome Johnson 227485
Full name and prison number
of plaintiff(s)

v.

Don Johnson
Linda Lawson
_____
_____
_____
Name of person(s) who violated
your constitutional rights.
(List the names of all the
persons.)

CI   CV-06-S-0760-NE
(T
U.S. District Court)

I. PREVIOUS LAWSUITS
   A. Have you begun other lawsuits in state or federal court
      dealing with the same or similar facts involved in this
      action?  YES ( )  NO (✓)

   B. Have you begun other lawsuits in state or federal court
      relating to your imprisonment?  YES ( )  NO (✓)

   C. If your answer to A or B is yes, describe each lawsuit
      in the space below. (If there is more than one lawsuit,
      describe the additional lawsuits on another piece of
      paper, using the same outline.)

      1. Parties to this previous lawsuit:

         Plaintiff(s) Kevin Jerome Johnson

         Defendant(s) Don Johnson  Linda Lawson

      2. Court (if federal court, name the district; if
         state court, name the county) State Court
         Marengo County

3. Docket number _____

4. Name of judge to whom case was assigned _____
   _____

5. Disposition (for example: Was the case dismissed? Was it appealed? Is it still pending?) _____
   _____

6. Approximate date of filing lawsuit _____

7. Approximate date of disposition _____

II. PLACE OF PRESENT CONFINEMENT _____
    _____

PLACE OF INSTITUTION WHERE INCIDENT OCCURRED _____
    _____

III. NAME AND ADDRESS OF INDIVIDUAL(S) YOU ALLEGE VIOLATED YOUR CONSTITUTIONAL RIGHTS.

   NAME                          ADDRESS
1. The County Jail 101 Dunn Street Linden
2. AlABama 36748
3. _____
4. _____
5. _____
6. _____

IV. THE DATE UPON WHICH SAID VIOLATION OCCURRED 5/18/04

V. STATE BRIEFLY THE GROUNDS ON WHICH YOU BASE YOUR ALLEGATION THAT YOUR CONSTITUTIONAL RIGHTS ARE BEING VIOLATED:

GROUND ONE: They jump on me for no reason sray me with mase and they didn't feed me 2 week they lock me up i can't get air in the cell they had and the cell 2 week with mase on me please help please

2

STATE BRIEFLY THE FACTS WHICH SUPPORT THIS GROUND. (State as best you can the time, place and manner and person involved.)

Don Johnson and Linda Lawson it happen May 18, 2004 i told them can i use the telephone so i can call my mother they told me to shut the fuck up and lay down and i said yall wrong and i said please let me use the phone so i start to beat on the door they came back and open my door 1095 cell spray me with mase and hit me and the head i can see

GROUND TWO: Show ya'll ware they hit me and they was kick me, i try to fight back but the mase was and my eyes.

SUPPORTING FACTS: _____

GROUND THREE: _____

SUPPORTING FACTS: _____

3

VI. STATE BRIEFLY EXACTLY WHAT YOU WANT THE COURT TO DO FOR YOU. MAKE NO LEGAL ARGUMENT. CITE NO CASES OR STATUTES.

I'm ask the State please help get some money so when i get out of prison want be stay on the street please help thank you God Bless y'all

*Kevin Jerome Johnson*
Signature of plaintiff(s)

I declare under penalty of perjury that the foregoing is true and correct.

EXECUTED on 4/15/06
(Date)

*Kevin Jerome Johnson*
Signature of plaintiff(s)

4