FILED
 2006 May-15  AM 09:10
 U.S. DISTRICT COURT
 N.D. OF ALABAMA

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ALABAMA
## NORTHEASTERN DIVISION

| | |
|---|---|
| **KEVIN JEROME JOHNSON,** ) | |
| ) | |
|     **Plaintiff,** ) | |
| ) | |
| **vs.** ) | **Civil Action No. CV 06-S-760-NE** |
| ) | |
| **DON JOHNSON, et al.,** ) | |
| ) | |
|     **Defendants.** ) | |

## ORDER

Kevin Jerome Johnson, the plaintiff, has filed a *pro se* complaint in this court pursuant to 42 U.S.C. § 1983. The plaintiff is a prisoner incarcerated in the Kilby Correctional Facility, which is located in the Middle District of Alabama. The plaintiff complains of an incident which occurred in the Marengo County Jail.

It appears from the complaint filed by the plaintiff that venue is not proper in the Northern District of Alabama. A civil rights action may be brought only in the judicial district (1) where at least one of the defendants resides or (2) where "a substantial part of the events or omissions giving rise to the claim occurred." 28 U.S.C. § 1391(b). *See Jones v. Bales*, 58 F.R.D. 453 (N.D. Ga. 1972), *aff'd*, 480 F.2d 805 (5th Cir. 1973); *Daugherty v. Procunier*, 456 F.2d 97 (9th Cir. 1972). There does not appear to be a defendant who resides in the Northern District of Alabama. In

addition, the incident about which the plaintiff complains did not occur in the Northern District of Alabama, and appears to have occurred in the Middle District of Alabama. Accordingly, in the interest of justice, this action is due to be transferred to the United States District Court for Middle District of Alabama, pursuant to 28 U.S.C. § 1404(a).

    DONE this 15th day of May, 2006.

                                                                                                  _____
                                                                     United States District Judge