**UNITED STATES DISTRICT COURT**

Northern District of Alabama
Office of the Clerk
101 Holmes Avenue, NE
Huntsville, Alabama 35801
(256) 534-6495

Sharon Harris
Acting Clerk


May 30, 2006


Ms. Debra P. Hackett
Clerk of Court
U.S. District Court
P.O. Box 711
Montgomery, AL 36101-0711


             Case Number:  5:06-cv-0760-CLS-JEO


Dear Hackett:


  In accordance with the order of this court entered this date, the above-entitled civil action is transferred to your court for further litigation.  Enclosed is a certified copy of the order of transfer, a certified copy of the docket entries and the original record.  Please acknowledge receipt on the attached copy of this letter.


                Sincerely,

                SHARON HARRIS, ACTING CLERK



            By:  *Angela Ingleright*
                Deputy Clerk