IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| KEVIN JEROME JOHNSON, #227485    ) | |
| ) | |
| Plaintiff,    ) | |
| ) | |
| v.    ) | CASE NO. 2:06-CV-00493-WKW |
| ) | (WO) |
| DON JOHNSON, et al.,    ) | |
| ) | |
| Defendants.    ) | |

## ORDER

The Magistrate Judge filed a Recommendation (Doc. # 5) that this case is due to be transferred to the Southern District of Alabama. The plaintiff has not filed objections.

After an independent and de novo review of the record, it is the ORDER, JUDGMENT and DECREE of the Court, for the convenience of the parties and witness and in the interest of justice, that:

1. The Recommendation (Doc. # 5) of the Magistrate Judge is ADOPTED;

2. The case is TRANSFERRED, pursuant to 28 U.S.C. § 1404(a), to the United States District Court for the Southern District of Alabama. The Clerk of Court is DIRECTED to take all necessary steps to effectuate said transfer.

DONE this the 12th day of July, 2006.

                                          /s/  W. Keith Watkins
                                    UNITED STATES DISTRICT JUDGE